UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2003M 0454RBC |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846 |
| DOUGLAS BANNERMAN, ET AL. | ) | Conspiracy to possess with |
| | ) | intent to distribute Marijuana |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, the search warrants, the affidavit in support of those documents, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants.

NOV 1 4 2003
ALLOWED
[signature]

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: [signature]
DENISE JEFFERSON CASPER
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: November 14, 2003