AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2003 DEC 12 P 2:27

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

v.

JOHN J. MCCARTHY, JR.

**WARRANT FOR ARREST**

Case Number: 03-10370-DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **John J. McCarthy, Jr.**
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to possess with intent to distribute and to distribute marijuana**

in violation of Title _____ United States Code, Section(s) **846**

Sheila _____          Operations Supervisor
Name of Issuing Officer                  Title of Issuing Officer

_[signature]_____           Boston, MA; December 11, 2003
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____          BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT |

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 12/9/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ John J. McCarthy, Jr. _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____ 32 Juniper Street, Brookline, MA _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 1964 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____ M _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____