

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

FILED
IN CLERKS OFFICE

2003 DEC -8  P 3: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 8, 2003

Ms. Gina Affsa
Clerk to Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston MA 02210

      Re: <u>United States v. Bannerman</u> et al.
         No. 03-10370-DPW

Dear Ms. Affsa:

    Enclosed for filing in the above-captioned case please find
an original signature page for me and for James Merberg, counsel
to Douglas Bannerman, for the Protective Order filed on December
3, 2003. If you would please include this page with that
document, I would very much appreciate it. Thank you!

                       Very truly yours,

                       MICHAEL J. SULLIVAN
                       United States Attorney

           By:                                 
                       RACHEL E. HERSHFANG
                       Assistant U.S. Attorney

Enclosure

cc:   James M. Merberg
      66 Long Wharf
      Boston, MA 02110

## PROTECTIVE ORDER

### Douglas Bannerman et al.,
### Criminal No.03-M-0454-RBC

_____
Rachel E. Hershfang
Assistant U.S. Attorney

12/5/03
_____
Date

12/8/03
_____
Date

_____
Date

_____
Date

_____
Date

_____
Date

_____
Date

_____
Date