AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOHN J. MCCARTHY, JR.

**WARRANT FOR ARREST**

Case Number: 2003 M 0454 RBC - 05

FILED IN CLERK'S OFFICE
2003 DEC 12 P 2: 27
U.S. DISTRICT COURT
DISTRICT OF MASS.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **John J. McCarthy, Jr.**
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to possess with intent to distribute and to distribute marijuana**

in violation of Title __21__ United States Code, Section(s) __846__ .

| Robert B. Collings | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ | North Reading |
| Signature of Issuing Officer | Boston, MA;  November __, 2003 |
| | Date and Location |
| Bail fixed at $ _____ | BY HON. ROBERT B. COLLINGS |
| | UNITED STATES MAGISTRATE JUDGE |
| | United States District Court |
| | John Joseph Moakley United States Courthouse |
| | 1 Courthouse Way, Suite 6420 |
| | Boston, Massachusetts 02210 |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Rw 05  Another warrant superseded this one

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ John J. McCarthy, Jr. _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____ 32 Juniper Street, Brookline, MA _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ 1964 _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____ M _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____