UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) M.J. 03-00454-RBC |
| v. | ) |
| DOUGLAS BANNERMAN, ET AL. | ) |

**GOVERNMENT'S MOTION TO UNSEAL COMPLAINT**

The United States Attorney hereby respectfully moves the Court to unseal the criminal complaint in this matter. As grounds for this motion, the government states that there is no longer a need to maintain the complaint under seal.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: December 11, 2003

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

James M. Merberg
66 Long Wharf
Boston, MA 02110

Owen S. Walker, Esq.
Federal Defenders Office
408 Atlantic Avenue
Boston, MA 02109

John Wall, Esq.
Law Office of John Wall
One Commercial Wharf West
Boston, MA 02110

Frances A. McIntyre, Esq.
Ficksman & Conley, LLP
98 N. Washington
Boston, MA 02114

This 11th day of December, 2003.

/s/ Rachel E. Hershfang
RACHEL E. HERSHFANG