

FILED
IN CLERK'S OFFICE

2003 DEC 29 P 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

Main Reception: (617) 748-3100

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

December 29, 2003

Ms. Gina Affsa
Clerk to Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston MA 02210

        Re: <u>United States v. Bannerman</u> et al.
            No. 03-10370-DPW

Dear Ms. Affsa:

    Enclosed for filing in the above-captioned case please find
an original signature page for Owen Walker, Jack Diamond, and
Kevin Reddington (counsel to Jose Vezga, John McCarthy, and
Daniel Macauley, respectively). Please attach this page to the
Protective Order filed on December 3, 2003. Thank you!

                        Very truly yours,

                        MICHAEL J. SULLIVAN
                        United States Attorney

            By:  _____
                        RACHEL E. HERSHFANG
                        Assistant U.S. Attorney

Enclosure

cc:  James M. Merberg
        66 Long Wharf
        Boston, MA 02110

        John Wall, Esq.
        Law Office of John Wall

Ms. Affsa
December 8, 2003
Page 2

One Commercial Wharf West
Boston, MA 02110

Kevin J. Reddington, Esq.
Kevin J. Reddington Law Office
1342 Belmont
Brockton, MA 02301

John T. Diamond, III, Esq.
15 Foster
Quincy, MA 02169

Frances A. McIntyre, Esq.
Ficksman & Conley, LLP
98 N. Washington
Boston, MA 02114

Owen S. Walker, Esq.
Federal Defenders Office
408 Atlantic Avenue
Boston, MA  02109

## PROTECTIVE ORDER

## Douglas Bannerman et al.,
## Criminal No. 03-M-0454-RBC

_____                    12/8/03
Rachel E. Hershfang                                Date
Assistant U.S. Attorney

_____                    12/8/03
                                                    Date

_____                    12/10/03
                                                    Date

_____                    12-22-03
                                                    Date

_____                    12/22/03
                                                    Date

Owen Walker (Jose Vega)                             12/22/03
                                                    Date

_____                    _____
                                                    Date

_____                    _____
                                                    Date