UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * *
UNITED STATES OF AMERICA    *
                            *
V.                          *
                            *
JOHN MCCARTHY               *
* * * * * * * * * * * * * * * * * * * *
```

Docket No. 2003-10370-DPW-05

### DEFENDANT, JOHN MCCARTHY'S, REQUEST FOR
### ADDITIONAL TIME TO FILE MOTIONS

Jack Diamond, counsel for John McCarthy, respectfully requests additional time to file motions. The court previously set Wednesday, June 16, 2004, for the filing of any non-discovery type motions. The defendant respectfully requests that the Court schedule a new deadline at the Status Conference currently scheduled for Thursday, June 17, 2004.

As reasons therefore, the defendant states that this is a complex case. The charges involve an 8-codefendant drug distribution allegation. There are approximately 5,000 pages of discovery. The defendant requires additional time to assess and evaluate all of the materials. Additionally, it appears, upon first review of the numerous discovery materials, that there are additional materials that need to be provided. There has been some delay and difficulty in receiving all of these materials through no fault of the government. The defendant will require additional time to assess and review those materials, prior to making determinations as to whether any motions for additional discovery would need to be filed, and what other type of motions would be appropriate.

The Assistant U.S. Attorney, Rachel Hershfang, handling this matter on behalf of the government, has assented to similar requests on behalf of other codefendants.

Respectfully submitted,
John McCarthy,
By his Attorney,

John T. Diamond III, Esq.
TORNEY MAHONEY DIAMOND
& BENNETT
15 Foster Street
Quincy, MA 02169
BBO # 555934
(617) 770-0000

Dated: 6/16/04

# TORNEY MAHONEY DIAMOND & BENNETT

ATTORNEYS AT LAW
15 FOSTER STREET
QUINCY, MASSACHUSETTS 02169-5307

TELEPHONE (617) 770-0000
FACSIMILE (617) 774-0400

FILED
IN CLERKS OFFICE
2004 JUN 16  P 1:17
U.S. DISTRICT COURT
DISTRICT OF MASS.

JAMES J. TORNEY, JR.
JOHN T. DIAMOND III
DANIEL J. BENNETT

JAMES M. HANLEY

*OF COUNSEL*
DAVID P. MAHONEY

June 16, 2004

**Delivered In Hand**
Honorable Robert B. Collings
Magistrate Judge
District Court of Massachusetts
John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

    RE:    United States of America v. John McCarthy
            Docket No.: 2003-10370-DPW-05

Dear Magistrate Judge Collings:

    Enclosed herewith this correspondence, kindly find the following document, relative to the above-reference matter:

    1.    Defendant, John McCarthy's, Request for Additional Time to File Motions

    This matter is currently scheduled for Status Conference on Thursday, June 17, 2004, at 2:00 p.m.

    Thank you for your attention in this regard.

                                Sincerely,

                                John T. Diamond III

JTD/cam
Enclosure
CC:    Assistant U.S. Attorney Rachel Hershfang – via facsimile (617) 748-3965

Each attorney in this office is an independent professional who is not responsible for the practice or the liability of any other attorney except for those directly employed by or practicing in partnership with that attorney.