UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA    *

V.    *

JOHN MCCARTHY    *

* * * * * * * * * * * * * * * * * * * *

Docket No. 2003-10370-DPW-05

## DEFENDANT, JOHN MCCARTHY'S, REQUEST FOR EMERGENCY OUT OF STATE TRAVEL PERMISSION

Now comes the Defendant, John McCarthy, relative to the above captioned matter and respectfully requests that this Honorable Court grant the Defendant permission to travel out of the state on an emergency basis for the period of October 9, 2004 through October 15, 2004.

The reason for the request is so the Defendant, John McCarthy, can travel to Saint Augustine, Florida and bring his father back to Florida. The Defendant's father resides by himself in Saint Augustine, Florida. His home suffered significant damage in the aftermath of the recent hurricanes in Florida. The Defendant, Mr. McCarthy, is requesting for permission to travel out of state so that he might fly to Florida and drive his father back to Brookline, Massachusetts. Mr. McCarthy would be in Saint Augustine, Florida at Mariposa Vista Boulevard for the period of October 9 and October 10. He then would be driving back from Saint Augustine, Florida to Brookline, Massachusetts for the remainder of the travel period. Mr. McCarthy's cell phone number is (617) 416-9060. That is a number that Pre-Trial Services could contact him at during that period. Counsel for the Defendant has spoken with Joshua Ulrick of pre-trial services regarding this request. Mr. Ulrick has stated that Mr. McCarthy has been in complete compliance during the pendancy of his pre-trial supervision and Mr. Ulrick has no objection to this request. Additionally, counsel has spoken with Assistant U.S. District Attorney, Rachel Hershfang of this request and she too has no objection to this request for limited out of state travel permission.

Whereas, for all of the above reasons, the Defendant, John McCarthy respectfully requests that this Honorable Court grant him permission to be out of state for the period of October 9, 2004 to October 15, 2004.

Respectfully Submitted
JOHN MCCARTHY,
By His Attorney,

John T. Diamond, III
TORNEY, MAHONEY DIAMOND & BENNETT
15 Foster Street
Quincy, MA 02169
BBO No: 555934
Tel: (617) 770-0000

Date: 10/8/04

CERTIFICATE OF SERVICE

I, John T. Diamond, III, Esq., do hereby certify that a copy of the within:

1.    Defendant, John McCarthy's Request for Emergency Out of State Travel
      Permission

has been sent, postage prepaid, to Assistant U.S. Attorney, Rachel Hershfang, U.S.
Attorney's Office, One Courthouse Way, Boston, MA 02210.

John T. Diamond, III
TORNEY, MAHONEY, DIAMOND
& BENNETT
15 Foster Street
Quincy, MA  02169
BBO #555934
(617) 770-0000

Dated: 10/2/04