UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 2003-10370-DPW-05

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA   \*

  \*

V.   \*

  \*

JOHN MCCARTHY   \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Jr
~ ~ ~ ~ _ _ _ I N G S
AGISTRATE JU.  GE

2004

U ... T  S ATES DISTRICT COURT
BOS... .    ACHUSETTS

## DEFENDANT, JOHN MCCARTHY'S MOTION TO JOIN DEFENDANT, DOUGLAS BANNERMAN'S MOTION TO SUPPRESS EVIDENCE PRODUCED BY WIRETAP ORDERS

Now comes the Defendant, John McCarthy, and hereby moves to join in co-defendant

Douglas Bannerman's Motion to Suppress Evidence Produced by Wiretap Orders, including his

attachments, which was filed with the Court on or about November 19, 2004.

Respectfully Submitted
JOHN MCCARTHY,
By His Attorney,

_John T. Diamond, III_

John T. Diamond, III
TORNEY, MAHONEY DIAMOND
& BENNETT
15 Foster Street
Quincy, MA 02169
BBO No: 555934
Tel: (617) 770-0000

Date: 12/8/04

## CERTIFICATE OF SERVICE

I, John T. Diamond, III, Esq., do hereby certify that a copy of the within:

1.      Defendant, John McCarthy's Motion to Join Defendant, Douglas Bannerman's Motion to Suppress Evidence to Produce Wiretap Orders

has been sent, postage prepaid, to Assistant U.S. Attorney, Rachel Hershfang, U.S. Attorney's Office, John J. Moakley U.S. Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210, Judge Douglas P. Woodlock, John J. Moakley U.S. Courthouse, Suite 4110, One Courthouse Way, Boston, MA 02210, Magistrate Robert B. Collings, Suite 6420, John J. Moakley U.S. Courthouse, One Courthouse Way, Boston, MA 02210.

John T. Diamond, III
TORNEY, MAHONEY, DIAMOND
& BENNETT
15 Foster Street
Quincy, MA  02169
BBO #555934
(617) 770-0000

Dated: 12/8/04