JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Daniel Macauley

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** I     **Investigating Agency** DEA

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf.   X     Case No. 03-10370-DPW
Same Defendant   X     New Defendant
Magistrate Judge Case Number   03-0454-RBC
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: John J. McCarthy     Juvenile: ☐ Yes ■ No

Alias Name:

Address: 32 Juniper Street, Brookline, MA

Birthdate: 1964    SS #    Sex: Male    Race:    Nationality:

**Defense Counsel if known:**     Address

Bar Number

**U.S. Attorney Information:**

AUSA: Rachel E. Hershfang/Denise J. Casper     Bar Number if applicable

**Interpreter:** ☐ Yes ■ No     List language and/or dialect:

**Matter to be SEALED:** ■ Yes ☐ No

■ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date:

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence _____ ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on 12/03

**Charging Document:** ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ■ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     John J. McCarthy.

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**           Category No.  I           Investigating Agency  DEA

City     Boston                Related Case Information:

County   Suffolk               Superseding Ind./ Inf.  X          Case No.  03-10370-DPW
                               Same Defendant  X           New Defendant
                               Magistrate Judge Case Number   03-0454-RBC
                               Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
                               R 20/R 40 from District of

**Defendant Information:**

Defendant Name   John Graham                           Juvenile:   ☐ Yes   ■ No

Alias Name

Address

Birthdate: 1961    SS #           Sex: Male    Race:           Nationalit  Canadian

**Defense Counsel if known:**                          Address

Bar Number

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang/Denise J. Casper            Bar Number if applicable

Interpreter:    ☐ Yes    ■ No         List language and/or dialect:

Matter to be SEALED:    ■ Yes   ☐ No

   ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date     12/2/03

☐ Already in Federal Custody as of      12/2/03              in
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   MJ Collings        on   12/3/03

**Charging Document:**    ☐ Complaint     ☐ Information      ■ Indictment

**Total # of Counts:**    ☐ Petty  ____   ☐ Misdemeanor ____  ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  October 28, 2004           Signature of AUSA:  [signature]

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    John Graham

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

bannerjs45.wpd - 2/7/02

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. __I__   Investigating Agency __DEA__

City __Boston__

**Related Case Information:**

County __Suffolk__

Superseding Ind./ Inf. __X__   Case No. __03-10370-DPW__
Same Defendant __X__   New Defendant ____
Magistrate Judge Case Number __03-0454-RBC__
Search Warrant Case Number __03-0455-61, 0477, 0479-84-RBC__
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name __Scott Myers__   Juvenile: ☐ Yes ■ No
Alias Name ____
Address __405 Columbus Avenue, Boston, MA__
Birthdate: __1968__   SS # ____   Sex: __Male__   Race: __White__   Nationality: ____

Defense Counsel if known: ____   Address ____
Bar Number ____

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang/Denise J. Casper__   Bar Number if applicable ____

Interpreter: ☐ Yes ■ No   List language and/or dialect: ____

**Matter to be SEALED:** ■ Yes ☐ No

■ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date ____

x Already in Federal Custody as of __12/03__ in ____
☐ Already in State Custody at ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ■ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004   Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Scott Myers

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

≫JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** I    **Investigating Agency** DEA

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. X    Case No. 03-10370-DPW
Same Defendant   X      New Defendant
Magistrate Judge Case Number   03-0454-RBC
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  Jose Vezga       Juvenile:   ☐ Yes   ■ No
Alias Name
Address  11 Melrose Avenue, Wakefield, MA
Birthdate: 1958   SS #     Sex: Male  Race: Hispanic   Nationality  Venezuela

**Defense Counsel if known:**         Address
Bar Number

**U.S. Attorney Information:**

AUSA  Rachel E. Hershfang/Denise J. Casper    Bar Number if applicable

Interpreter:   ☐ Yes   ■ No    List language and/or dialect:

Matter to be SEALED:   ■ Yes   ☐ No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date  12/3/03

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:  MJ Collings   on  12/3/03

**Charging Document:**   ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**   ☐ Petty ___  ☐ Misdemeanor ___  ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004    Signature of AUSA: _[signature]_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Jose Vezga

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

bannerjs45.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** I    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf. X    Case No. 03-10370-DPW
Same Defendant ___    New Defendant X
Magistrate Judge Case Number    03-0454-RBC
Search Warrant Case Number    03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of

### Defendant Information:

Defendant Name   Frank Giglio                          Juvenile:   ☐ Yes   ■ No
Alias Name
Address

Birthdate: ___ SS # ___   Sex: Male   Race: White   Nationalit ___

Defense Counsel if known: ___   Address ___
Bar Number ___

### U.S. Attorney Information:

AUSA   Rachel E. Hershfang/Denise J. Casper    Bar Number if applicable ___

**Interpreter:**   ☐ Yes   ■ No    List language and/or dialect:

**Matter to be SEALED:**   ■ Yes   ☐ No

X   Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

Arrest Date ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ___ on ___

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment
**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 28, 2004    Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Frank Giglio

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____