

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 15, 2005

By Hand

Ms. Michelle Rynne
Clerk to the Hon. Douglas P. Woodlock
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re: United States v. John McCarthy
        No. 03-10370-5-DPW

Dear Ms. Rynne:

    I have been informed by his counsel, Jack Diamond, that John McCarthy wishes to change his plea in the above-captioned case. Please contact me so that we may set up a date as soon as possible after August 22, 2005.

    Thank you.

                            Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By: _____
                      Rachel E. Hershfang
                      Assistant U.S. Attorney

cc:  Counsel of Record