Prob12B
(7/93)

# United States District Court
## for the
## District of Massachusetts

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** John McCarthy                    **Case Number:** 03CR10370-005

**Name of Sentencing Judicial Officer:** Honorable Douglas P. Woodlock, U.S. District Judge

**Date of Original Sentence:** 11/22/05

**Original Offense:** 1 Count - Conspiracy to Possess with Intent to Distribute, and to Distribute Marijuana  in violation of Title 21 U.S.C. § 846

**Original Sentence:** 6 months' imprisonment to be followed by 36 months supervised release

**Type of Supervision:** Supervised Release                    **Date Supervision Commenced:** 6/8/06

---

## PETITIONING THE COURT

[  ]    To extend the term of supervision for years, for a total term of years
[X]    To modify the conditions of supervision as follows:

**1. The defendant shall perform 40 hours of community service as directed by the Probation Department.**

## CAUSE

We respectfully ask the Court to modify Mr. McCarthy's conditions of supervision to address a recent incident involving non-compliance. On 1/18/08, the probation officer attempted to reach Mr. McCarthy by telephone to conduct a home visit. During this conversation, Mr. McCarthy stated to the probation officer that not only was he not home but that he was in Fort Myers, Florida, visiting his parents and that his girlfriend surprised him with this trip. Since this travel was never authorized by the probation office, we view this behavior to be a violation of his conditions of supervision and suggest that the above modification is an appropriate response given Mr. McCarthy's positive adjustment to supervision thus far.

Attached you will find a "Waiver of Hearing to Modify Conditions" signed by Mr. McCarthy. Should Your Honor agree with the modification listed above, please indicate by signing below.

Reviewed/Approved by:                                        Respectfully submitted,

_____                By        _____
Brian McDonald                                                    Nicole Monteiro
Supervising U.S. Probation Officer                        U.S. Probation Officer
                                                                              Date: 2/19/08

Prob 12B

- 2 -

**Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender**

**THE COURT ORDERS**

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[  ]   The Modification of Conditions as Noted Above
[  ]   Other

_____
Signature of Judicial Officer


_____
Date